# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22MJ5260 |
| Plaintiff, | Charging District Case No. 1:22CR299-CKK |
| vs. | MAGISTRATE JUDGE DARRELL A. CLAY |
| DONALD CHILCOAT, | **ORDER OF DENYING MOTION TO DISMISS** |
| Defendant. | |

Mr. Chilcoat's *pro se* Motion to Dismiss (ECF #14) is denied without prejudice. As previously noted, this Court lacks jurisdiction. Mr. Chilcoat must present his motion to the court in the prosecuting district, the United States District Court for the District of Columbia. The Clerk is directed to forward a copy of this ruling to counsel for the United States and for Mr. Chilcoat in District of Columbia District Court Case No. 1:22-cr-00299-CKK, District of Columbia's Clerk of Courts, and to Mr. Chilcoat.

**IT IS SO ORDERED.**

Dated:  December 28, 2022

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE